# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 31, 2017

SEAN F. McAVOY, CLERK

ALAN SAMUEL MANSELL,

*Plaintiff*

v.

UNITED ENERGY HEALTHCARE WORKERS, CHAD SHUMWAY, CITY OF PROSSER, WASHINGTON STATE DEPARTMENT OF LABOR AND UNKNOWN AGENTS,

*Defendant*

Civil Action No. 4:17-CV-05047-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Motion to Voluntarily Dismiss Complaint (ECF No. 17) is GRANTED Complaint is Dismissed Without Prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   JUSTIN L. QUACKENBUSH   on a motion for for Voluntary Dismissal.

Date:  07/31/2017

CLERK OF COURT

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez